United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-1395 |
| | § | |
| SIGMA IMPACT INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court are: (1) Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6); and (2) Plaintiff's motion for an extension of its deadline to file a response to Defendants' motion to dismiss.

Plaintiff's motion for an extension (Dkt. 21) is **GRANTED**. In evaluating Defendants' motion to dismiss, the Court has considered all of the briefing, including Plaintiff's response and Defendants' reply brief.

Defendants' motion to dismiss (Dkt. 20) is respectfully **DENIED** without prejudice to being reasserted as a motion for summary judgment.

SIGNED at Houston, Texas on March 23, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE